# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Chapter 13 |
| Ewin R. Rittenbaugh : | Case No 24-13316 |
| Debtor : | |
| : | |

## O R D E R

AND NOW, this __2nd__ day of __October__, 2024, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before October 11, 2024.

_/s/ Patricia M. Mayer_
_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE