9:13
◀ Facebook

✕  10.17.2024.pdf

10/17/2024
Payable to 1002 - Rittenbaugh, Edwin R.

Check Details

| EARNINGS: | | |
|---|---|---|
| Regular | $2,375.24 | (68) |
| Vacation | $419.16 | (12) |
| STOVT (Straight Overtime) | $139.72 | (4) |
| Earnings SubTotal: | $2,934.12 | |

| MEMOS: | | |
|---|---|---|
| Mold Pension To 60 (ER) | $234.73 | |
| Dues Molders Wages | $42.54 | |
| Dues Molders Hours | $1.68 | (84) |
| Memos SubTotal: | $278.95 | |
| **Gross Amount** | **$2,934.12** | |

| DEDUCTIONS: | |
|---|---|
| Checking1-Net Pay | $2,015.16 |
| Mold Pension To 60 (EE) | $44.01 |
| Medical Copay | $304.18 |
| Molders Initiation Fee | $50.00 |
| Dues Molders | $44.22 |
| Deductions SubTotal: | $2,457.57 |

| FEDERAL TAXES: | |
|---|---|
| OASDI Tax | $163.06 |
| Medicare Tax | $38.13 |
| Federal Tax | $157.70 |

| STATE TAXES: | |
|---|---|
| PA State Tax | $80.74 |

| LOCAL TAXES: | |
|---|---|
| Lansdale Boro LST | $2.00 |
| West Vincent Township | $1.57 |
| West Vincent Township | $4.70 |
| West Vincent Township | $26.60 |
| Taxes SubTotal: | $474.50 |
| **Net Amount** | **$0.00** |

9:13

◀ Facebook

✕  10.3.2024.pdf

## Check Details

**EARNINGS:**

| | | |
|---|---|---|
| Regular | $1,598.05 | (45.75) |
| Overtime 1.5 | $157.19 | (3) |
| Sick | $838.32 | (24) |
| STOVT (Straight Overtime) | $139.72 | (4) |
| Dinner Time | $34.93 | (1) |
| Personal Leave | $358.03 | (10.25) |
| Earnings SubTotal: | $3,126.24 | |

**MEMOS:**

| | | |
|---|---|---|
| Mold Pension To 60 (ER) | $250.10 | |
| Dues Molders Wages | $45.33 | |
| Dues Molders Hours | $1.76 | (88) |
| Memos SubTotal: | $297.19 | |
| **Gross Amount** | **$3,126.24** | |

**DEDUCTIONS:**

| | |
|---|---|
| Checking1-Net Pay | $2,155.68 |
| Mold Pension To 60 (EE) | $46.89 |
| Medical Copay | $304.18 |
| Molders Initiation Fee | $50.00 |
| Dues Molders | $47.09 |
| Deductions SubTotal: | $2,603.84 |

**FEDERAL TAXES:**

| | |
|---|---|
| OASDI Tax | $174.97 |
| Medicare Tax | $40.92 |
| Federal Tax | $180.41 |

**STATE TAXES:**

| | |
|---|---|
| PA State Tax | $86.64 |

**LOCAL TAXES:**

| | |
|---|---|
| Lansdale Boro LST | $2.00 |
| West Vincent Township | $0.39 |
| West Vincent Township | $1.58 |
| West Vincent Township | $1.77 |
| West Vincent Township | $4.04 |
| West Vincent Township | $9.46 |
| West Vincent Township | $18.03 |
| Taxes SubTotal: | $520.21 |
| **Net Amount** | **$0.00** |

9:12
◀ Facebook

✕  9.19.2024.pdf

09/19/2024
Payable to 1002 - Rittenbaugh, Edwin R.

Check Details

| EARNINGS: | | |
|---|---|---|
| Regular | $12.72 | (24) |
| Regular | $2,416.60 | (70.25) |
| Overtime 1.5 | $25.80 | (0.5) |
| Holiday | $275.20 | (8) |
| STOVT (Straight Overtime) | $206.40 | (6) |
| Call In Hours DT | $326.80 | (4.75) |
| Earnings SubTotal: | $3,263.52 | |

| MEMOS: | |
|---|---|
| Mold Pension To 60 (ER) | $261.08 |
| Memos SubTotal: | $261.08 |
| **Gross Amount** | **$3,263.52** |

| DEDUCTIONS: | |
|---|---|
| Checking1-Net Pay | $2,355.26 |
| Mold Pension To 60 (EE) | $48.95 |
| Medical Copay | $304.18 |
| Deductions SubTotal: | $2,708.39 |

| FEDERAL TAXES: | |
|---|---|
| OASDI Tax | $183.48 |
| Medicare Tax | $42.91 |
| Federal Tax | $196.63 |

| STATE TAXES: | |
|---|---|
| PA State Tax | $90.85 |

| LOCAL TAXES: | |
|---|---|
| Lansdale Boro LST | $2.00 |
| West Vincent Township | $0.14 |
| West Vincent Township | $0.29 |
| West Vincent Township | $2.34 |
| West Vincent Township | $3.12 |
| West Vincent Township | $3.70 |
| West Vincent Township | $27.39 |
| Taxes SubTotal: | $552.85 |
| **Net Amount** | **$0.00** |

9:12
◀ Facebook

✕   9.5.2024.pdf

Payable to 1002 - Rittenbaugh, Edwin R.

### Check Details

**EARNINGS:**

| | | |
|---|---|---|
| Regular | $2,201.60 | (64) |
| Overtime 1.5 | $283.80 | (5.5) |
| STOVT (Straight Overtime) | $137.60 | (4) |
| Double Time | $309.60 | (4.5) |
| Dinner Time | $68.80 | (2) |
| Call In Hours DT | $275.20 | (4) |
| Personal Leave | $275.20 | (8) |
| Earnings SubTotal: | $3,551.80 | |

**MEMOS:**

| | | |
|---|---|---|
| Mold Pension To 60 (ER) | $284.14 | |
| Non-Paid | $0.00 | (8) |
| Memos SubTotal: | $284.14 | |
| **Gross Amount** | **$3,551.80** | |

**DEDUCTIONS:**

| | |
|---|---|
| Checking1-Net Pay | $2,570.40 |
| Mold Pension To 60 (EE) | $53.28 |
| Medical Copay | $304.18 |
| Deductions SubTotal: | $2,927.86 |

**FEDERAL TAXES:**

| | |
|---|---|
| OASDI Tax | $201.35 |
| Medicare Tax | $47.09 |
| Federal Tax | $230.71 |

**STATE TAXES:**

| | |
|---|---|
| PA State Tax | $99.70 |

**LOCAL TAXES:**

| | |
|---|---|
| Lansdale Boro LST | $2.00 |
| West Vincent Township | $0.79 |
| West Vincent Township | $1.57 |
| West Vincent Township | $3.15 |
| West Vincent Township | $3.15 |
| West Vincent Township | $3.24 |
| West Vincent Township | $3.54 |
| West Vincent Township | $25.16 |
| Taxes SubTotal: | $621.45 |
| **Net Amount** | **$0.00** |

9:12

◀ Facebook

✕   8.22.2024.pdf

Office Of The Borough Of Lansdale

08/22/2024
Payable to 1002 - Rittenbaugh, Edwin R.

Check Details

| EARNINGS: | | |
|---|---|---|
| Regular | $2,416.60 | (70.25) |
| Overtime 1.5 | $12.90 | (0.25) |
| STOVT (Straight Overtime) | $137.60 | (4) |
| Call In Hours OT | $206.40 | (4) |
| Earnings SubTotal: | $2,773.50 | |

| MEMOS: | | |
|---|---|---|
| Mold Pension To 60 (ER) | $221.88 | |
| Non-Paid | $0.00 | (9.75) |
| Memos SubTotal: | $221.88 | |
| **Gross Amount** | **$2,773.50** | |

| DEDUCTIONS: | |
|---|---|
| Checking1-Net Pay | $1,989.49 |
| Mold Pension To 60 (EE) | $41.60 |
| Medical Copay | $304.18 |
| Deductions SubTotal: | $2,335.27 |

| FEDERAL TAXES: | |
|---|---|
| OASDI Tax | $153.10 |
| Medicare Tax | $35.81 |
| Federal Tax | $138.71 |

| STATE TAXES: | |
|---|---|
| PA State Tax | $75.81 |

| LOCAL TAXES: | |
|---|---|
| Lansdale Boro LST | $2.00 |
| West Vincent Township | $0.14 |
| West Vincent Township | $1.53 |
| West Vincent Township | $2.30 |
| West Vincent Township | $26.89 |
| Taxes SubTotal: | $436.29 |
| **Net Amount** | **$0.00** |

9:12

◀ Facebook

✕  8.8.2024.pdf

**Office Of The Borough Of Lansdale**

08/08/2024
Payable to 1002 - Rittenbaugh, Edwin R.

### Check Details

| EARNINGS: | | |
|---|---|---|
| Regular | $2,459.60 | (71.5) |
| Overtime 1.5 | $154.80 | (3) |
| STOVT (Straight Overtime) | $206.40 | (6) |
| Call In Hours OT | $206.40 | (4) |
| Earnings SubTotal: | $3,027.20 | |

| MEMOS: | | |
|---|---|---|
| Mold Pension To 60 (ER) | $242.18 | |
| Non-Paid | $0.00 | (8) |
| Memos SubTotal: | $242.18 | |
| **Gross Amount** | **$3,027.20** | |

| DEDUCTIONS: | |
|---|---|
| Checking1-Net Pay | $2,178.84 |
| Mold Pension To 60 (EE) | $45.41 |
| Medical Copay | $304.18 |
| Deductions SubTotal: | $2,528.43 |

| FEDERAL TAXES: | |
|---|---|
| OASDI Tax | $168.83 |
| Medicare Tax | $39.48 |
| Federal Tax | $168.70 |

| STATE TAXES: | |
|---|---|
| PA State Tax | $83.60 |

| LOCAL TAXES: | |
|---|---|
| Lansdale Boro LST | $2.00 |
| West Vincent Township | $1.74 |
| West Vincent Township | $2.32 |
| West Vincent Township | $2.32 |
| West Vincent Township | $27.66 |
| Taxes SubTotal: | $496.65 |
| **Net Amount** | **$0.00** |